IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

MELISSA BETH MYERS,

    Plaintiff,

v.                                 CIVIL ACTION NO. 1:17-01999

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

### MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United
States Magistrate Judge Dwane L. Tinsley for submission of
findings and recommendation regarding disposition pursuant to 28
U.S.C. § 636(b)(1)(B).  Magistrate Judge Tinsley submitted to the
court his Proposed Findings and Recommendation ("PF&R") on
February 28, 2018, in which he recommended that the court grant
the plaintiff's brief in support of judgment on the pleadings[*];
deny defendant's brief in support of the Commissioner's decision;
reverse the final decision of the Commissioner, remand the case
to the Commissioner pursuant to sentence four of 42 U.S.C. §
405(g) for further proceedings as outlined in the PF&R; and
dismiss this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b),
plaintiff was allotted fourteen days and three mailing days in

---

[*]Plaintiff actually filed a brief in support of the
Complaint and Motion to Remand.  See ECF No. 12.

which to file any objections to Magistrate Judge Tinsley's Proposed Findings and Recommendation. The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period. Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Tinsley as follows:

1. Plaintiff's Brief in Support of Complaint is **GRANTED** to the extent she seeks remand pursuant to sentence four of 42 U.S.C. § 405(g);

2. Defendant's Brief in Support of the Commissioner's Decision is **DENIED**;

3. The final decision of the Commissioner is **REVERSED**;

4. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as outlined in the Proposed Findings and Recommendation; and

5. This Clerk is directed to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 20th of March, 2018.

ENTER:

David A. Faber
Senior United States District Judge